UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

YVONNE HARRIS,

      Plaintiff,

v.

DETROIT MEDICAL CENTER,
ANDRE TINSLEY, and DEBRA
BRADFORD,

      Defendants.
_____/

Case No. 14-14409
Hon. Gerald E. Rosen
Magistrate Judge Mona K. Majzoub

**ORDER ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on     September 30, 2015    

PRESENT: Honorable Gerald E. Rosen
Chief Judge, United States District Court

On August 4, 2015, Magistrate Judge Mona K. Majzoub issued a report and recommendation ("R & R") recommending that the Court (i) grant a motion to dismiss filed by Defendants Detroit Medical Center, Andre Tinsley, and Debra Bradford, and (ii) dismiss Plaintiff Yvonne Harris's complaint in its entirety. No objections have been filed to the R & R, and the deadline for doing so has passed. Upon reviewing the R & R, the parties' briefs in support of and opposition to

Defendants' underlying motion, and the record as a whole, the Court concurs in the analysis of the Magistrate Judge and adopts the R & R in its entirety.

Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's August 4, 2015 Report and Recommendation (docket #16) is ADOPTED as the opinion of this Court. IT IS FURTHER ORDERED, for the reasons stated in the R & R, that Defendants' January 13, 2015 motion to dismiss (docket #9) is GRANTED.

          s/Gerald E. Rosen
          Chief Judge, United States District Court

Dated: September 30, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 30, 2015, by electronic and/or ordinary mail.

          s/Julie Owens
          Case Manager, (313) 234-5135